1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lori A. Aguallo

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | LORI A. AGUALLO,                    ) Case No.:  2:16-cv-04231-AGR
                                         )
12 |                                     ) ORDER OF DISMISSAL
                  Plaintiff,             )
13 |                                     )
            vs.                          )
14 | CAROLYN W. COLVIN, Acting           )
    Commissioner of Social Security,    )
15                                       )
                                         )
16               Defendant.              )
                                         )
17 |_____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE:   December 6, 2016         *alicia G. Rosenberg*

22                                  _____
                                    THE HONORABLE ALICIA G. ROSENBERG
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  DATE: December 2, 2016            Respectfully submitted,

2                                     LAW OFFICES OF LAWRENCE D. ROHLFING

3                                              /s/ *Denise Bourgeois Haley*
                                     BY: _____
4                                       Denise Bourgeois Haley
                                        Attorney for plaintiff Lori A. Aguallo

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 2, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____